IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN BRADY LAYNE,
    Petitioner,

vs.                                             Case No.:  3:07cv113/MCR/EMT

SHERIFF RON McNESBY,
    Respondent.
_____/

**O R D E R**

       This cause is before the court on Petitioner's Motion for Order to Show Cause, which is a response to an order to show cause issued by this court (Docs. 4, 5).  On March 16, 2007, this court issued an order directing Petitioner to pay the filing fee or file a motion to proceed in forma pauperis (IFP) within thirty (30) days (Doc. 3).  Petitioner failed to comply with the order; therefore, on April 17, 2007, this court issued an order directing Petitioner to show cause why this action should not be dismissed for failure to comply with the previous order (Doc. 4).  Petitioner has now filed the instant response stating that he submitted an IFP motion to jail officials for mailing within the prescribed time frame, and he cannot control the fact that the court did not receive it (*see* Doc. 5).  Petitioner requests another IFP form and additional time to file another IFP motion.  The court construes the instant motion as a motion for extension of time to file an IFP motion and will grant Petitioner's request.

       Accordingly, it is **ORDERED**:

       1.     The clerk of court shall send to Petitioner the form for use by prisoners seeking to proceed in forma pauperis.  This case number shall be written on the form.

2.     Petitioner's Motion for Order to Show Cause (Doc. 5), construed as a motion for extension of time, is **GRANTED**.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall pay the filing fee of $5.00 or submit a motion to proceed in forma pauperis.

3.     Petitioner's failure to comply with this order may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 26th day of April 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**