IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN BRADY LAYNE,
    Petitioner,

vs.                                         Case No. 3:07cv113/MCR/EMT

SHERIFF RON MCNESBY,
    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 25, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

    **DONE AND ORDERED** this  15th  day of  August  2007.


                                            _s/ M. Casey Rodgers_
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**